MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/24/2023__

**THE LAW OFFICE OF**
# NOOR A. SAAB
380 N. Broadway, Ste 300
Jericho, New York 11753
Tel: (718) 740-5060 * Fax: (718) 709-5912
Email: NoorASaabLaw@gmail.com

Noor A. Saab, Esq.*
-----------
* Admitted in New York

**QUEENS OFFICE**
148-02 Hillside Ave
Jamaica, New York 11435

January 23, 2022

**BY ECF**
Honorable Judge Andrew L. Carter, Jr.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    **Tonimarie Rhone v. Anthony-Thomas Candy Company (1:22-CV-10068**

To the Honorable Judge Andrew L. Carter, Jr.,

    Plaintiff submits this letter-motion to seek an extension of time to respond to the Complaint on behalf of the Defendant. Plaintiff has been contacted by Defendant's counsel and asked for additional time to find local counsel. Additionally, parties are discussing possible early resolution. As such, this extension is being requested. Defendant's answer deadline elapses January 24, 2023; however, Plaintiff has agreed to the extension request up to and until February 21, 2023.

This is the second time this relief is being requested and both Parties consent.

    The Parties thanks the Court for its attention in this matter.

                                     Respectfully submitted,

                                     /s/ Noor A. Saab, Esq.

SO ORDERED:  *[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

1/24/2023