UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONIMARIE RHONE, *on behalf of herself and all others similarly situated,*<br><br>        Plaintiff,<br><br>  -against-<br><br>ANTHONY-THOMAS CANDY COMPANY,<br><br>        Defendant. | 22-CV-10068 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  The parties shall file a joint status report by **March 24, 2023.**

**SO ORDERED.**

Dated:  **March 10, 2023**
     **New York, New York**

                     _____
                     **ANDREW L. CARTER, JR.**
                     **United States District Judge**