**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
TONIMARIE RHONE, on behalf of herself    Case No.1:22-cv-10068-ALC
and all others similarly situated,
                        Plaintiffs,

                                        **NOTICE OF VOLUNTARY**
                                        **DISMISSAL**
             -against-                         **WITH PREJUDICE**

ANTHONY-THOMAS CANDY COMPANY

                        Defendant.
-----------------------------------------------------------x

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:  Jericho, New York

       April 20, 2023

                                                               Respectfully Submitted,

                                                               */s/ Noor A. Saab*
                                                               By: Noor A. Saab Esq.
                                                               *Attorney for Plaintiff*
                                                               380 North Broadway, Ste 300
                                                               Jericho, New York 11753
                                                               Tel: 718-740-5060
                                                               Email: SaabEsq@Gmail.com